# In the United States Court of Federal Claims

No. 11-682 C

(Filed July 8, 2013)

```
* * * * * * * * * * * * * * * * * * * *
ENSLEY, INC.,                         *
                                      *
            Plaintiff,                *
                                      *
      v.                              *
                                      *
THE UNITED STATES,                    *
                                      *
            Defendant.                *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On July 5, 2013, defendant filed an Opposed Motion for Enlargement of Time to File Motion for Summary Judgment in this matter. Therein, defendant requests that the court extend defendant's deadline to file a motion for summary judgment from July 8, 2013 to August 7, 2013. For good cause shown, defendant's motion is **GRANTED**; and defendant shall **FILE** its **Motion for Summary Judgment** on or before **August 7, 2013**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge