# In the United States Court of Federal Claims

No. 11-682 C

(Filed August 5, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ENSLEY, INC., | \* |
| | \* |
| *Plaintiff*, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| *Defendant*. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On August 2, 2013, defendant filed a Second Opposed Motion for Enlargement of Time to File Motion for Summary Judgment in this matter. Therein, defendant requests that the court extend defendant's deadline to file a motion for summary judgment from August 7, 2013 to August 29, 2013. Accordingly, defendant's motion is **GRANTED**; and defendant shall **FILE** its **Motion for Summary Judgment** on or before **August 29, 2013**. Absent extraordinary circumstances, defendant shall *not* be granted any further opposed enlargements of time for filing its motion for summary judgment.

/s/Lynn J. Bush
LYNN J. BUSH
Judge