# In the United States Court of Federal Claims

No. 11-682 C

(Filed September 30, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ENSLEY, INC., | \* |
| | \* |
| *Plaintiff*, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| *Defendant*. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On September 29, 2013, plaintiff filed an Unopposed Motion for Enlargement of Time to File Response to Defendant's Motion for Summary Judgment in this matter. Therein, plaintiff requests an enlargement of time of thirty days, to and including October 30, 2013, within which to file plaintiff's response to defendant's motion for summary judgment. Accordingly, plaintiff's motion is **GRANTED.**

/s/Lynn J. Bush
LYNN J. BUSH
Judge