# In the United States Court of Federal Claims

No. 11-682 C

(Filed November 8, 2013)

```
* * * * * * * * * * * * * * * * * * * * *
ENSLEY, INC.,                           *
                                        *
                Plaintiff,              *
                                        *
        v.                              *
                                        *
THE UNITED STATES,                      *
                                        *
                Defendant.              *
* * * * * * * * * * * * * * * * * * * * *
```

## ORDER

    On November 7, 2013, defendant filed an Unopposed Motion for Enlargement of Time to File Reply in Support of Defendant's Motion for Summary Judgment in this matter. Therein, defendant requests an enlargement of time of eleven days, to and including November 26, 2013, within which to file defendant's reply in support of the government's motion for summary judgment. Accordingly, defendant's motion is **GRANTED.**

                                            /s/Lynn J. Bush
                                            LYNN J. BUSH
                                            Judge